**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 12-21499–CIV–COOKE/TURNOFF**

CONCEPCION MEJIA,

     Plaintiff,

vs.

SOCORRO RESTREPO REGRADING CO., and
DEL SOCORRO CARMEN RESTREPO,

     Defendants.

_____/

**ORDER REQUIRING DOCUMENTATION SUPPORTING**
**ALLOCATION OF ATTORNEY'S FEES AND COSTS**

THIS MATTER is before me on the Parties' Joint Motion to Approve Settlement and

Release Agreement and to Dismiss with Prejudice Plaintiff's Complaint ("Motion") (ECF No.

17).   This matter was filed alleging violations of the Fair Labor Standards Act.   As such, the

parties submitted the Settlement Agreement for the Court's review, pursuant to *Lynn's Food*

*Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982).

Judicial review of a settlement agreement in a FLSA matter encompasses a review of the

reasonableness of counsel's legal fees.   *Silva v. Miller*, 307 F. App'x 349 (11th Cir. 2009).   To

assist in my evaluation of the reasonableness of the attorney's fees as stated in the Settlement

Agreement, Plaintiff's counsel shall submit, for an *in camera* review, documentation supporting

the allocation of attorney's fees in this matter.   Such documentation shall be submitted within ten

(10) days of this order.   Accordingly, I **DEFER** ruling on the Parties' Joint Motion to Approve

Settlement and Release Agreement and to Dismiss with Prejudice Plaintiff's Complaint (ECF

No. 17).

In the interim, the Clerk shall **CLOSE** this case for administrative purposes only.  All

pending motions are **DENIED** as moot.

        **DONE AND ORDERED** in chambers at Miami, Florida, this 10TH day of August 2012.

_____

MARCIA G. COOKE
United States District Judge


Copies furnished to:
*William C. Turnoff, U.S. Magistrate Judge*
*Counsel of Record*